JONES, J., concurs.

■

282 So.2d 696

**In re Robert Spencer JOHNSON**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 344.**

Supreme Court of Alabama.

Aug. 30, 1973.

William J. Baxley, Atty. Gen. and George W. Royer, Jr., Asst. Atty. Gen., for the State.

No brief for respondent.

COLEMAN, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Johnson v. State, 51 Ala.App. 76, 282 So. 2d 692.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.

■

280 So.2d 803

**In re Marion J. JONES, Jr.**

**v.**

**STATE.**

**Ex parte Marion J. Jones, Jr.**

**SC 405.**

Supreme Court of Alabama.

July 12, 1973.

John T. Kirk, Montgomery, for petitioner.

No brief for the State.

PER CURIAM.

Petition of Marion J. Jones, Jr., for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Jones, Jr. v. State, 50 Ala.App. 541, 280 So.2d 801.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH, McCALL and JONES, JJ., concur.